# *United States District Court*

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

RONALD GIRALDO

**TO:**   **The United States Marshal**
          **and any Authorized United States Officer**

FILED by _____ D.C.

AUG 2 4 2000

CLERK U.S. DIST.
S.D. OF FLA. FT. LAUD.

**WARRANT FOR ARREST**

**CASE NUMBER:** 00 - 6244

**CR - FERGUSON**

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest _____ RONALD GIRALDO _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly and willfully devising and executing and attempting to execute a scheme and artifice to defraud a federally insured financial institution, and knowingly using, without lawful authority, a means of identification of another person with the intent to commit, and to aid and abet, a violation of Federal law, that is, bank fraud;

in violation of Title __18__ United States Code, Section(s) __1344, 1028(a)(7), (c)(3)(A), and (f), and 2__

CLARENCE MADDOX
Name of Issuing Officer

_Ronny Butler_
Signature of Issuing Officer

5,000 corporate surety
Bail fixed at 50,000 personal (surety)

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

August 24, 2000, Fort Lauderdale, Florida
Date and Location

by _Luana S. Snow_
United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |