*United States District Court*

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA  *501533*

UNITED STATES OF AMERICA

V.

RONALD GIRALDO

**TO:    The United States Marshal
and any Authorized United States Officer**

## WARRANT FOR ARREST

CASE NUMBER: **00 - 6244**

# CR - FERGUSON

YOU ARE HEREBY COMMANDED to arrest_____ RONALD GIRALDO

MAGISTRATE JUDGE
SNOW

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment     ☐ Information     ☐ Complaint     ☐ Order of court     ☐ Violation Notice     ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly and willfully devising and executing and attempting to execute a scheme and artifice to defraud a federally insured financial institution, and knowingly using, without lawful authority, a means of identification of another person with the intent to commit, and to aid and abet, a violation of Federal law, that is, bank fraud;

in violation of Title___18___ United States Code, Section(s)___1344, 1028(a)(7), (c)(3)(A), and (f) and 2

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at 5,000 corporate surety
50,000 personal (surety)

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

August 24, 2000, Fort Lauderdale, Florida
Date and Location

by _____ Luana S. Snow
United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ Hallandale, FL |

| DATE RECEIVED 8/24/2000 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/1/2000 | James A. Tassone, USM | Ed Purchase, SDUSM |