| | |
|---|---|
| DEFT: Ronald Giraldo (J)# | CASE NO: 00-6244-CR-Ferguson |
| AUSA: Robin Rosenbaum present | ATTNY: Eric Cohen (temp) |
| AGENT: | VIOL: |
| PROCEEDING: Initial Appearance | BOND REC: ~~50,000 CSB & 50,000 PSB~~ PTD |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

FILED BY _____ D.C.
SEP 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.

BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) _____ Halfway House
    _____ Electronic Monitoring

D - advised of charges

| | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| NEXT COURT APPEARANCE: | 9-7-00 | 10:30 am | BSS |
| INQUIRY RE COUNSEL: | 9-7-00 | 10:30 am | BSS |
| PTD/BOND HEARING: | 9-7-00 | 10:30 am | BSS |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | | | |

DATE: 9-1-00   TIME: 11:00am   TAPE # 00-070  PG # 340-516