UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55452-004

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR 00-6244-CR-Faguson
                            ) REPORT COMMENCING CRIMINAL
   -vs-                     )          ACTION

Giraldo, Renald
            Defendant

**********************************************************

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

**********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8-31-00 _____ am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Bank Robbery

(4) U.S. Citizen [✓] Yes [ ] No [ ] Unknown

(5) Date of Birth: 9-2-70

(6) Type of Charging Document: (check one)
    [✓] Indictment [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/Fla

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: Seltzer

(7) Remarks: _____

(8) Date: 9-1-00   (9) Arresting Officer: _____

(10) Agency: FBI   (11) Phone: _____

(12) Comments: _____