COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | |
|---|---|
| DEFT: Ronald Giraldo (J)# | CASE NO: 00-6244-CR-Ferguson |
| AUSA: Robin Rosenbaum *present* | ATTNY: Eric Cohen *present* |
| AGENT: FBI | VIOL: |
| PROCEEDING: PTD Hearing/Inquiry re Counsel/Arraignment | BOND REC: |

BOND HEARING HELD - (yes)/no    COUNSEL APPOINTED: _____

BOND SET @ $100,000 Corp Surety w/ Nebbia

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
SEP 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House ___ Electronic Monitoring

Govt proceeding on risk of flight but believes that △ is an economic threat to the community.
Reading of indictment waived
Not Guilty plea entered ✓
Jury trial demanded ✓
Standing Discovery Order requested

- FBI agent (sworn)
John Bernard
PTD denied

△ may reduce bond if △ can get co-signers w/ property equalling bond amount

1) Cannot utilize computers
2) PTS can visit home at any time to check for false ID checks
3) Waiver of extradition signed prior to release

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 9-22-00 | 11:00am | LSS |
| STATUS CONFERENCE: | | | |

DATE: 9-7-00    TIME: 10:30am / 11:40am    TAPE # 00-071    PG # 1458-3340