

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6244-CR-Ferguson

UNITED STATES OF AMERICA

vs

Ronald Giraldo

### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 9-7-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:        Address: _(In custody)_

Telephone: _____

DEFENSE COUNSEL:  Name: Eric Cohen

Address: _____

Telephone: _____

BOND (SET) CONTINUED: $ _100,000 Corp Surety w/ nebbia_

Bond hearing held: yes _X_  no ___  Bond hearing set for _____

Dated this _7_ day of _September_, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _[signature]_
Deputy Clerk

Tape No. 00-_071_

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services