DEFT: Ronald Giraldo (J)#           CASE NO: 00-6244-CR-Ferguson
AUSA: Robin Rosenbaum *present*     ATTNY: Eric Cohen *present*
                                    FILED by _____ D.C.
AGENT: _____                        VIOL: _____
PROCEEDING: Bond Hearing            BOND REC: SEP 15 2000
BOND HEARING HELD - (yes)/no        COUNSEL APPOINTED: _____
   BOND SET @ $100,000  Personal Surety Bond
CO-SIGNATURES: mother, wife, brother, brother-in-law
SPECIAL CONDITIONS: — not to encumber property

1) ✓ Do not violate any law.
2) ✓ Appear in court as directed.
3) ✓ Surrender and/or do not obtain passports/travel documents. — So. Miami
4) ✓ Rpt to PTS as directed for ___ x's a week/month by phone, ___ x's a week/month in person.
5) ✓ Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment — not in job giving him access to private financial information
7) Maintain or begin an educational program.
8) ✓ No contact with victims/witnesses.
9) ✓ No firearms.
10) Curfew: 10pm → 6am
11) Travel extended to: Dade + Broward Counties
12) ___ Halfway House _____
    ✓ Electronic Monitoring — evening hours — paid by deft.
   Reside at current address, no illegal drugs or excessive alcohol
   ✗ no computer — PTS allowed to enter home at any time and check for computer, false ID & equipment for making false documents (including ID)

✦ Waiver of Extradition signed in Court

NEXT COURT APPEARANCE: DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 9-15-00   TIME: 9:30am   ends 10:00   TAPE # 00-1072  PG #  1400-

13/69