UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6244-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RONALD GIRALDO,

    Defendant.
_____/



## WAIVER OF OPPOSITION TO EXTRADITION

I, Ronald Giraldo, the above-named Defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to oppose extradition if arrested outside the United States.

2) I possess full knowledge and understanding of the charges pending against me in this case and my rights with respect to extradition.

3) Of my own free will, I do hereby waive in open court on September 15th, 2000, my right to oppose extradition.

DATED: September 15, 2000

                                                                                 Defendant



_____
Counsel for Defendant

### MAGISTRATE JUDGE'S CERTIFICATE

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his rights, has waived his right to oppose extradition if arrested outside the United States.

DATED this 15th day of September, 2000, at Fort Lauderdale Southern District of Florida.

TAPE NO.

_____ - 9/15/00
UNITED STATES MAGISTRATE JUDGE

c: AUSA
 Defense Counsel
 Pretrial Services/Probation
 U.S. Marshal