FILED by _____ D.C.

SEP 2 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _CO - 6244 -CR-_
_Ferguson_

UNITED STATES OF AMERICA,                :

v.                                                          :

RONALD GIRALDO                           :

                                                              :

_____

**NOTICE OF PERMANENT**
**APPEARANCE AS COUNSEL**
**OF RECORD FOR**
_TRIAL ONLY_

COMES NOW _RONALD GIRALDO_____, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: _____9/21/00_____

Attorney _PERLY MARTINEZ_
Address _2 ALHAMBRA PLAZA SUITE 802_
City _CORAL GABLES_ State _FL_ Zip _33134_
Telephone _(305) 529-0001_
Florida Bar No. _981990_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_Ronald Giraldo_