HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by _____ D.C.
SEP 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. - FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __WILLIE SANDERS_____ CASE NO: __99-8116-CR-DIMITROULEAS__

AUSA __JANICE LeCLANCHE__ *by Larry Bardfeld* ATTY __FPD__ *Daryl Wilcox*
- Discovery out            - probable plea
- no motions
- 2-3 day to try

DEFT __RONALD GIRALDO_____ CASE NO: __00-6244-CR-FERGUSON__

AUSA __ROBIN ROSENBAUM__ *by Larry Bardfeld* ATTY __ERIC COHEN, ESQ.__ *by Percy Martinez*
- Discovery will be sent out today
- no motions
- 3 Day to try.

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DATE __9-21-00_____ TIME __11:00_____

17