UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6244-CR-FERGUSON

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

RONALD GIRALDO, :

    Defendant. :

_____

FILED by ___ D.C.
SEP 25 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### STATUS REPORT

A status conference was held in this cause on September 21, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery was provided on the date of the status conference.

    2. No additional time for motions is required.

DATED at Fort Lauderdale, Florida, this _25_ day of September, 2000.

                                       /s/ Lurana S. Snow
                                       LURANA S. SNOW
                                       UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Robin Rosenbaum (FTL)
Eric Cohen, Esq.

