UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. F00-6244-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RONALD GIRALDO, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### MOTION TO WITHDRAW

Undersigned counsel for Defendant Ronald Giraldo moves this Court for leave to withdraw as counsel in this matter, and states that:

1) On September 7th, 2000, the undersigned entered a permanent appearance as counsel for Mr. Giraldo.

2) On September 20th, 2000, counsel was notified that the Defendant had retained Percy Martinez to represent him in this matter.

3) As Mr. Giraldo has indicated his preference to be represented by Mr. Martinez rather than the undersigned, undersigned requests that he be relieved of further responsibilities in this matter.

WHEREFORE, undersigned counsel requests leave to withdraw as counsel for the Defendant.

_____
**ERIC M. COHEN**
Two Datran Center - Suite 1504
9130 South Dadeland Blvd.
Miami, FL 33156
Tel. (305) 670-0230
Fax. (305) 670-7003
Florida Bar No.: 328-065



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Robin Rosenbaum, Assistant United States Attorney, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33301, and to Percy Martinez, Esq., 2 Alhambra Circle, Ste. 802, Coral Gables, FL 33134, on this 22nd day of September, 2000.

ERIC M. COHEN