# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*FILED OCT 16 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6244__                    Date: __10/16/00__

Clerk: __Deloris McIntosh__             Reporter: __Paul Haferling__

USPO: _____          Interpreter: __None__

UNITED STATES OF AMERICA vs. __Ronald Giraldo (J)__

AUSA: __Robin Rosenbaum__

Defendant(s) Counsel: __Percy Martinez__

Defendant(s) Present__✓__ Not Present__ In Custody__
Reason for hearing: __Calendar Call__

Result of hearing: __Deft will plea__

Case Continued to: __11/1/00__ Time: __9:30__ A.M. For: __Change of Plea__

