**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**



UNITED STATES OF AMERICA                Case No. 00-6244-CR-FERGUSON

    Plaintiff(s),

vs.

RONALD GIRALDO (B)

    Defendant(s).
_____/

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-styled Cause has been set for a **CHANGE OF PLEA** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207B, Ft. Lauderdale, Florida 33301, on NOVEMBER 1, 2000 at 9:30 A.M.**

Thirty (30) minutes have been reserved for this matter.

    **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 18TH day of October, 2000.

                                            WILKIE D. FERGUSON, JR.
                                            UNITED STATES DISTRICT JUDGE

copies provided:
Robin Rosenbaum, AUSA
Percy Martinez, AFPD

