# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

Case No. 00-6244-FERGUSON

UNITED STATES OF AMERICA,

PLAINTIFF,

vs.

RONALD GIRALDO

DEFENDANT.
_____/

FILED by _____ D.C.

NOV 29 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### STIPULATED MOTION TO MODIFY CONDITION OF RELEASE

**COMES NOW** the Defendant, Ronald Giraldo, by and through undersigned counsel, and files this his Motion to Modify Bond and, as good grounds, states as follows:

1. On September 15, 2000, this Honorable Court granted a $100,000., personal surety bond with the condition that the Defendant reside at 6732 Brookline Drive, Miami, Florida.

2. The residence at 6732 Brookline Drive has been sold because the Defendant wishes to move to a larger home where his former wife and children will be more comfortable.

3. The Defendant's new address will be 859 West 30th Street, Hialeah, Florida.

4. Assistant United States Attorney Robin S. Rosenbaum joins in the instant motion.

**WHEREFORE,** the Defendant prays this Honorable Court modify his conditions of bond as follows: allow him to move from the home located at 6732 Brookline Drive, Miami, Florida to 859 West 30th Street, Hialeah, Florida.

Respectfully submitted,



**PERCY MARTINEZ, P.A.**
Attorneys for Defendant Giraldo
The Alhambra
2 Alhambra Plaza, Suite 802
Coral Gables, Florida 33134
Telephone: (305) 529-0001
Facsimile: (305) 448-0554

By: _____
Percy Martinez, Esq.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing objections was mailed/hand delivered and sent via facsimile to **Robin S. Rosenbaum**, Assistant United States Attorney, at the Office of the United States Attorney, at 99 N.E. 4th Street on this 27th day of November 2000.

_____
Percy Martinez, Esq.