SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAN 12 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # 00-6244-CR-WJF

DEFENDANT Ronald Giraldo  
JUDGE WILKIE D. FERGUSON

Deputy Clerk TROY T. WALKER  
DATE January 12, 2001

Court Reporter Paul Haferling  
USPO D. Stanley

AUSA Robin Rosenbaum  
Deft's Counsel Percy Martinez, Esq.

COUNTS DISMISSED All Others

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to Appeal

JUDGMENT AND SENTENCE

Imprisonment    Years    Months    Counts

15 days (credit time served)

Supervised Release  4 yrs (see J&C for details)

Probation    Years    Months    Counts

Comments _____

Assessment $ 100.00    Fine $ None

Restitution /Other _____

CUSTODY

_____ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

28