# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| RONALD GIRALDO, (J) 55452-004 | Case Number: 0:00CR06244-001 |
| | Robin Rosenbaum, AUSA / Percy Martinez, Esq |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   One of the Indictment on November 1, 2000.

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1344 | Bank Fraud | 06/14/2000 | 1 |

FILED by _____ D.C.
JAN 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s)   N/A

☒ Count(s)   All Others   are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| Defendant's Soc. Sec. No.: | 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 | 01/12/2001 |
|---|---|---|
| Defendant's Date of Birth: | 09/02/1970 | Date of Imposition of Judgment |
| Defendant's USM No.: | 55452-004 | |

Defendant's Residence Address:

859 West 30th Street

Signature of Judicial Officer

| Hialeah | FL | 33012 |

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

Defendant's Mailing Address:

859 West 30th Street

01/26/01
Date

| Hialeah | FL | 33012 |

30

