# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Case No. 00-6244-CR-FERGUSON
Case No. 00-6244-CR-JORDAN/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RONALD GIRALDO,

    Defendant(s).

_____/

### DEFENDANT'S MOTION TO TERMINATE PROBATION

**COMES NOW** the Defendant, Ronald Giraldo, by and through undersigned counsel, and files this his Motion to Terminate Probation, and, as good grounds, states:

1. On January 26, 2001, the Defendant was sentenced to four (4) years probation with the special condition that he complete fifty (50) hours of community service. He was originally indicted on a bank fraud charge for attempting to negotiate a counterfeit check. There was no loss to the victim or the bank.

2. Since January 26, 2001, the Defendant has completed approximately 2 years, 7 months of his 4 year probation without incident. He has completed all the community service hours. (Exhibit "A") In fact, according to his probation officer William Salinas, he has been an exemplary probationer.

3. During this period, the Defendant has been gainfully employed at Around the Clock Appliances, Inc.

4. The Defendant wishes to be considered for a promotion to the sales department which would requires unrestricted travel in the United States, but, more importantly, his supervisor Manuel Placensias will not offer him the position while he is on probation. The promotion would increase is income earning potential considerably.

5. The Defendant is married and resides with his two minor children.

6. U.S. Probation Officer William Salinas states that while the defendant has otherwise been an excellent probationer, his department does not allow him to recommend early termination except in exceptional circumstances.

7. The undersigned has been unsuccessful in contacting AUSA Robin S. Rosenbaum.

**WHEREFORE**, the Defendant moves this Honorable Court to terminate his probation.

Respectfully submitted,

**PERCY MARTINEZ, P.A.**
Attorneys for Defendant GIRALDO
2 Alhambra Plaza, Suite 801
Coral Gables, Florida 33134
Telephone: (305) 529-0001
Facsimile: (305) 448-0554

By: _____
Percy Martinez, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing objections was mailed/hand delivered and sent via facsimile to **Robin S. Rosenbaum**, Assistant United States Attorney, at the Office of the United States Attorney, at (954) 356-7255 fax and 500 E. Broward Blvd. 7th Floor, Ft. Lauderdale, Florida 33394 and **William Salinas**, U.S. Probation Officer at (305) 512-1827 (fax) 300 N.E. 1st Avenue, Room 315, Miami, FL 33132-2126, on this 16th day of July 2003.

By: _____
Percy Martinez, Esq.

LAW OFFICES PERCY MARTINEZ, P.A.
THE ALHAMBRA, 2 ALHAMBRA PLAZA, SUITE 801, CORAL GABLES, FL 33134 • (305) 529-0001