UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6244-CR-JORDAN/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RONALD GIRALDO,

    Defendant.
_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO TERMINATE PROBATION

The United States, by and through undersigned counsel, hereby files its Response to Defendant's Motion to Terminate Probation and states as follows:

1. Undersigned counsel has conferred with defendant's probation officer, who has advised undersigned counsel that defendant has been a completely compliant probationer.

2. Although defendant's probation officer cannot as a matter of policy recommend early termination of defendant's probation, he has advised undersigned counsel that under the circumstances stated in defendant's Motion to Terminate Probation, and in view of defendant's probation history, defendant's probation officer would not be troubled by termination of defendant's probation.

3. In view of length and history of defendant's probation served to date, the circumstances of the underlying case, and the job opportunity presently available to defendant, the United States



does not object to defendant's Motion to Terminate Probation.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: *(signature)*
Robin S. Rosenbaum
Assistant United States Attorney
Florida Bar No. 908223
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Telephone: 954-356-7255 extension 3595
Facsimile: 954-356-7336
E-mail: Robin.Rosenbaum@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this notice was sent this 23rd day of July 2003, by United States Mail, to Percy Martinez, Esq., 2 Alhambra Plaza, Suite 801, Coral Gables, Florida 33134.

*(signature)*
Robin S. Rosenbaum
Assistant U.S. Attorney