UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6244-CR-JORDAN

UNITED STATES OF AMERICA,         )
                                  )
              Plaintiff,          )
                                  )
vs.                               )
                                  )
RONALD GIRALDO,                   )
                                  )
              Defendant.          )
                                  )

FILED by _____ D.C.

JUL 2 5 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER

Ronald Giraldo's motion to terminate his probation [D.E. 32] is GRANTED. The probation will end as of August 1, 2003.

DONE and ORDERED in chambers in Miami, Florida, this 25th day of July, 2003.

_____
Adalberto Jordan
United States District Judge

Copy to:    counsel of record
            U.S. Probation

